THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HSIN-SHAWN C. SHENG, | Case No. 2:15-CV-0255- JAM-KJN |
| Plaintiff, | ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING DEFENDANT
SELECT PORTFOLIO SERVICING, INC.'S
MOTION FOR SUMMARY JUDGMENT
91256439.1 0052161-02213

2:15-CV-0255-JAM-KJN

## ORDER

Defendant Select Portfolio Servicing, Inc.'s ("SPS") Motion for Summary Judgment came on for hearing before this Court on February 21, 2017, at 1:30 p.m. in Department 6 before the Honorable John A. Mendez. All appearances were noted in the Court record.

The Court, having reviewed the Motion for Summary Judgment moving and opposition papers, and having considered the arguments of counsel, hereby GRANTS the Motion for Summary Judgment for the following reasons stated on the record:

> "THE COURT: All right. The matter having been submitted to the Court, the Court is prepared to enter a summary judgment in favor of the defendants on both claims that are remaining on the HBOR claim. The Court finds that, as a matter of law, the plaintiff has not created a triable issue of fact as to the necessary element of harm or damages. And, as a matter of law, the Court concludes that she cannot go forward with the claim, and that she has not demonstrated sufficient harm.
>
> There is not, again, even sufficient evidence that there is a genuine issue of material fact as to her ability to establish harm, prejudice, or damage that's necessary to maintain her HBOR claim.
>
> On the negligence claim, the Court reaches the same conclusion that, as a matter of law, there is no basis for submitting this claim to the jury given that plaintiff has not and cannot marshal[] any evidence whatsoever of the type of harm or damages that would be awardable under a negligence claim.
>
> She has not paid any fees or mortgage on this home since 2009. She has not suffered, in any way, any monetary damages. In fact, the undisputed facts clearly show that she in many ways has benefited from seven years of no mortgage payments.
>
> She still has the house. There's been no foreclosure on the house. She's also failed to show any physical manifestation of any alleged stress

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S MOTION FOR SUMMARY JUDGMENT
91256439.1 0052161-02213

-1-

2:15-CV-0255-JAM-KJN

1  regarding her interactions with SPS. And, again, having to retain and hire
2  a lawyer is not a recoverable damage in a negligence claim.
3  Given that she's failed to demonstrate that SPS has damaged her, none
4  of her claims can, as a matter of law, go to the jury, and the Court grants
5  summary judgment in full for the defendants."

6  **ACCORDINGLY, IT IS HEREBY ORDERED** that:

7  1. Defendants' Motion for Summary Judgment is GRANTED in its entirety. The
8  Clerk of the Court is hereby ordered to enter Judgment in SPS's favor, against Plaintiff Hsin-
9  Shawn C. Sheng.

10  **IT IS SO ORDERED.**

14  Dated:  3/17/2017                              /s/ John A. Mendez_____
                                                   United States District Court Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

PROPOSED] ORDER GRANTING DEFENDANT
SELECT PORTFOLIO SERVICING, INC.'S                -2-                    2:15-CV-0255-JAM-KJN
MOTION FOR SUMMARY JUDGMENT
91256439.1 0052161-02213